JUDGE HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAY PANG, BRENT SINGLE and RANDY WEBSTER,
Individually, On Behalf of All Others Similarly Situated
and as Class Representatives,

                                        Plaintiffs,        Civ. ___ (RJH)(HP)
                                        ( ) ( )

                 -against-
                                        ECF CASE

PITNEY BOWES, INC.

                                        Defendant.
------------------------------------------------------------X

## CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

MR FAY S. ENG PANG
(Print Name)

1113 THROGMORTON AVE
(Print Address) BRONX N.Y. 10465

718-772-3335
(Phone)

_____
(Signature)

9-26-2007
(Date)

If you want to JOIN this lawsuit, complete and submit this form to:

Robert D. Lipman, Esq.
David A. Robins, Esq.
LIPMAN & PLESUR, LLP
500 North Broadway, Suite 105
Jericho, NY 11753
516-931-0050

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAY PANG, BRENT SINGLE and RANDY WEBSTER,
Individually, On Behalf of All Others Similarly Situated
and as Class Representatives,

                                  Plaintiffs,      07 Civ. 8557 ( )( )
                                                                   (RJH)(HP)

                -against-                                 ECF CASE

PITNEY BOWES, INC.

                                       Defendant.
-----------------------------------------------------------------X

### CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Brent Single_                                         _/s/_
(Print Name)                                         (Signature)

_212 Lynbrook St. Islip Terrace NY 11752_   _9/27/07_
(Print Address)                                   (Date)

_631-650-5330_
(Phone)

If you want to JOIN this lawsuit, complete and submit this form to:

                           Robert D. Lipman, Esq.
                           David A. Robins, Esq.
                         LIPMAN & PLESUR, LLP
                      500 North Broadway, Suite 105
                           Jericho, NY  11753
                              516-931-0050

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAY PANG, BRENT SINGLE and RANDY WEBSTER,
Individually, On Behalf of All Others Similarly Situated
and as Class Representatives,

                                  Plaintiffs,      07 Civ. 8557 (RJH)(HP)

                                                      ECF CASE

                    -against-

PITNEY BOWES, INC.

                                  Defendant.
------------------------------------------------------------------X

## CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Randy Webster_
(Print Name)

_2 Leopold Terrace_
(Print Address)

_973-460-8722_
(Phone)

_[signature]_
(Signature)

_9/26/07_
(Date)

If you want to JOIN this lawsuit, complete and submit this form to:

                      Robert D. Lipman, Esq.
                      David A. Robins, Esq.
                      LIPMAN & PLESUR, LLP
                      500 North Broadway, Suite 105
                      Jericho, NY 11753
                      516-931-0050