UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FAY PANG, BRENT SINGLE and RANDY WEBSTER,
Individually, On Behalf of All Others Similarly Situated
and as Class Representatives,

                                          Plaintiffs,        **07 CV 8557 (RJH)(HP)**

                                                             **ECF CASE**

          -against-


PITNEY BOWES, INC.

                                          Defendant
-------------------------------------------------------------------X

### Certificate of Service

I hereby certify that on October 23, 2007, three **CONSENT TO BECOME A PARTY PLAINTIFF** forms were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon:

        Peter A. Walker, Esq.
        Lorie E. Almon, Esq.
        Seyfarth Shaw LLP
        620 Eighth Avenue
        New York, NY 10018-1405

at the address designated by said parties for that purpose by depositing true copies of same enclosed in post-paid, properly addressed wrappers, in an official depository under the exclusive care and

custody of the United States Postal Service within the State of New York. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

> /s/ Robert D. Lipman
> Robert D. Lipman
> Lipman & Plesur, LLP
> 500 North Broadway
> Suite 105
> Jericho, NY 11753
> 516-931-0050