## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2007, I electronically filed the foregoing "NOTICE OF APPEARANCE" with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

           **Robert D. Lipman, Esq. (RD-3564)**
           Email: lipman@lipmanplesur.com
           **David A. Robins, Esq. (DR-5558)**
           Email: robins@lipmanplesur.com
           **Lisa R. Lipman, Esq. (LL-6284)**
           Email: LRLipman@aol.com
           LIPMAN & PLESUR, LLP
           500 N. Broadway, Suite 105
           Jericho, New York  11753-2131

           s/ Lorie E. Almon
           Lorie E. Almon (LA-4937)