**CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2007, I electronically filed the foregoing "NOTICE OF APPEARANCE" with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

> **Robert D. Lipman, Esq. (RD-3564)**
> Email: lipman@lipmanplesur.com
> **David A. Robins, Esq. (DR-5558)**
> Email: robins@lipmanplesur.com
> **Lisa R. Lipman, Esq.  (LL-6284)**
> Email: LRLipman@aol.com
> LIPMAN & PLESUR, LLP
> 500 N. Broadway, Suite 105
> Jericho, New York  11753-2131

                                              s/  Peter A. Walker
                                              Peter A. Walker (PW-7984)