LORIE E. ALMON, ESQ. (LA-4937)
PETER A. WALKER, ESQ. (PW-7984)
CHRISTOPHER H. LOWE, ESQ. (CL-0218)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018-1405
Tel.: (212) 218-5500
Fax: (212) 218-5526

*Attorneys for Defendant Pitney Bowes, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAY PANG, BRENT SINGLE and RANDY WEBSTER, Individually, On Behalf of All Others Similarly Situated and as Class Representatives, | **ECF Case**  <br><br>CIVIL ACTION NO.: 07-CV-8557 (RJH) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | |
| PITNEY BOWES, INC., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Christopher Lowe, a Partner with Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as an attorney for defendant Pitney Bowes, Inc. in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
        October 25, 2007

SEYFARTH SHAW LLP

By:   s/ Christopher Lowe
        Lorie E. Almon (LA-4937)
        Peter A. Walker (PW-7984)
        Christopher Lowe (CL-0218)
620 Eighth Avenue
New York, New York  10018-1405
Tel.: (212) 218-5500
Fax: (212) 218-5526

*Attorneys for Defendant Pitney Bowes, Inc.*