## CERTIFICATE OF SERVICE

     I hereby certify that on October 25, 2007, I electronically filed the foregoing "NOTICE OF APPEARANCE" with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

          **Robert D. Lipman (RD-3564)**
          Email: lipman@lipmanplesur.com
          **David A. Robins (DR-5558)**
          Email: robins@lipmanplesur.com
          **Lisa R. Lipman (LL-6284)**
          Email: LRLipman@aol.com
          LIPMAN & PLESUR, LLP
          500 N. Broadway, Suite 105
          Jericho, New York  11753-2131

          s/  Christopher Lowe
          Christopher Lowe (CL-0218)

NY1 26488692.1