LORIE E. ALMON, ESQ. (LA-4937)
PETER A. WALKER, ESQ. (PW-7984)
CHRISTOPHER H. LOWE, ESQ. (CL-0218)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018-1405
Tel.: (212) 218-5500
Fax: (212) 218-5526

*Attorneys for Defendant Pitney Bowes, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAY PANG, BRENT SINGLE and RANDY WEBSTER, Individually, On Behalf of All Others Similarly Situated and as Class Representatives, | **ECF Case**<br><br>CIVIL ACTION NO.: 07-CV-8557 (RJH) |
| Plaintiffs, | |
| -against- | |
| PITNEY BOWES, INC., | |
| Defendant. | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, hereby states that Pitney Bowes, Inc. has no parent corporation and further states that no publicly

NY1 26488338.1

held corporation owns 10% or more of the stock of Pitney Bowes, Inc.

            Respectfully submitted,

Dated: New York, New York       SEYFARTH SHAW LLP
    October 25, 2007

             By:  s/ Lorie E. Almon
               Lorie E. Almon (LA-4937)
               Peter A. Walker (PW-7984)
               Christopher Lowe (CL-0218)
             620 Eighth Avenue
             New York, New York 10018-1405
             Tel.: (212) 218-5500
             Fax: (212) 218-5526

             *Attorneys for Defendant*
             *Pitney Bowes, Inc.*

NY1 26488338.1