## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed Defendant Pitney Bowes, Inc.'s, "FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT" with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

**Robert D. Lipman, Esq. (RD-3564)**
Email: lipman@lipmanplesur.com
**David A. Robins, Esq. (DR-5558)**
Email: robins@lipmanplesur.com
**Lisa R. Lipman, Esq. (LL-6284)**
Email: LRLipman@aol.com
LIPMAN & PLESUR, LLP
500 N. Broadway, Suite 105
Jericho, New York  11753-2131

s/  Lorie E. Almon
Lorie E. Almon (LA-4937)

NY1 26488696.1