## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, I electronically filed the foregoing "DEFENDANT'S ANSWER AND AFFIRMATIVE AND OTHER DEFENSES TO PLAINTIFFS' COMPLAINT" with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

>Robert D. Lipman
>Email: lipman@lipmanplesur.com
>David A. Robins
>Email: robins@lipmanplesur.com
>Lisa R. Lipman
>Email: LRLipman@aol.com
>LIPMAN & PLESUR, LLP
>500 N. Broadway, Suite 105
>Jericho, New York  11753-2131

>         s/ Lorie E. Almon
>         Lorie E. Almon

NY1 26489864.1