

620 Eighth Avenue

New York, New York 10018-1405

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5523

Writer's e-mail
clowe@seyfarth.com

December 13, 2007

**BY FACSIMILE TO (212) 805-7948**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

The Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Fay Pang et al. v. Pitney Bowes, Inc.
            Case No. 07 Civ. 08557 (RJH-HBP)

Dear Judge Holwell:

    We represent Defendant Pitney Bowes Inc. ("Defendant") in this action. We write in connection with the Court's November 30, 2007 Initial Scheduling Conference Notice and Order. Defendant respectfully requests that the Court grant a one-week extension, from December 14, 2007 to December 21, 2007, of the parties' time to submit a proposed Agreed Scheduling Order. Counsel for Plaintiffs has consented to this application. This is the parties' first request for an extension of this deadline.

    The Court's attention to this matter is greatly appreciated.

*Application Granted*
*So ORDERED*
[signature]
USDJ
12/18/07

Respectfully submitted,

SEYFARTH SHAW LLP

[signature]
Christopher H. Lowe (CL-0218)

CL:rc

cc:    Lorie E. Almon, Esq.
        Peter A. Walker, Esq.
        Robert D. Lipman, Esq. (by fax)
        David A. Robbins, Esq. (by fax)
        Lisa R. Lipman, Esq. (by fax)

NY1 26494669.1

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA