UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAY PANG, BRENT SINGLE and RANDY WEBSTER,
Individually, On Behalf of All Others Similarly Situated
and as Class Representatives,

                                  Plaintiffs,        07 CIV 8557 (RJH)(HP)

-against-

PITNEY BOWES, INC.

                                  Defendant.
-----------------------------------------------------------------X

## CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____        1/29/2008
Larry Davis                                Date
Pugsley Avenue, Apt. 6F
Bronx, NY 10473

If you want to JOIN this lawsuit, complete and submit this form to:

                       Robert D. Lipman, Esq.
                       David A. Robins, Esq.
                     LIPMAN & PLESUR, LLP
                 500 North Broadway, Suite 105
                       Jericho, NY 11753
                          516-931-0050

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2008, the foregoing **CONSENT TO BECOME PARTY PLAINTIFF** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

      Peter A. Walker, Esq.
      Lorie E. Almon, Esq.
      Christopher H. Lowe, Esq.
      Seyfarth & Shaw LLP
      620 Eighth Avenue, 32nd Floor
      New York, NY  10018-1405

      /s/ Robert D. Lipman
      Robert D. Lipman (RL 3564)
      Lisa R. Lipman (LL 6284)
      David A. Robins (DR 5558)
      Lipman & Plesur, LLP
      The Jericho Atrium
      500 North Broadway, Suite 105
      Jericho, NY  11753
      lipman@lipmanplesur.com
      lisa.lipman@lipmanplesur.com
      robins@lipmanplesur.com
      516-931-0050