UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAY PANG, BRENT SINGLE and RANDY WEBSTER,
Individually, On Behalf of All Others Similarly Situated
and as Class Representatives,

                               Plaintiffs,      07 CIV 8557 (RJH)(HP)

-against-

PITNEY BOWES, INC.

                               Defendant.
-----------------------------------------------------------------X

### CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_John Coppa_                         _2/2/08_
John Coppa                           Date
79 Russell Street
Staten Island, NY  10308

If you want to JOIN this lawsuit, complete and submit this form to:

                Robert D. Lipman, Esq.
                David A. Robins, Esq.
              LIPMAN & PLESUR, LLP
          500 North Broadway, Suite 105
                 Jericho, NY  11753
                    516-931-0050

**CERTIFICATE OF SERVICE**

        I hereby certify that on February 11, 2008, the foregoing **CONSENT TO BECOME PARTY PLAINTIFF** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

        Peter A. Walker, Esq.
        Lorie E. Almon, Esq.
        Christopher H. Lowe, Esq.
        Seyfarth & Shaw LLP
        620 Eighth Avenue, 32nd Floor
        New York, NY  10018-1405

        /s/ Robert D. Lipman
        Robert D. Lipman (RL 3564)
        Lisa R. Lipman (LL 6284)
        David A. Robins (DR 5558)
        Lipman & Plesur, LLP
        The Jericho Atrium
        500 North Broadway, Suite 105
        Jericho, NY  11753
        lipman@lipmanplesur.com
        lisa.lipman@lipmanplesur.com
        robins@lipmanplesur.com
        516-931-0050