UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FAY PANG, BRENT SINGLE and RANDY WEBSTER,
Individually, On Behalf of All Others Similarly Situated
and as Class Representatives,

                                Plaintiffs,        07 CIV 8557 (RJH)(HP)

-against-

PITNEY BOWES, INC.

                                Defendant.
-----------------------------------------------------------X

## CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____            2/15/8 2008
Jose Rodriguez                                                       Date
19 Cooper Apt 1B
New York, NY  10034

If you want to JOIN this lawsuit, complete and submit this form to:

                            Robert D. Lipman, Esq.
                            David A. Robins, Esq.
                          LIPMAN & PLESUR, LLP
                     500 North Broadway, Suite 105
                            Jericho, NY  11753
                              516-931-0050

# CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2008, the foregoing **CONSENT TO BECOME PARTY PLAINTIFF** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

> Peter A. Walker, Esq.
> Lorie E. Almon, Esq.
> Christopher H. Lowe, Esq.
> Seyfarth & Shaw LLP
> 620 Eighth Avenue, 32nd Floor
> New York, NY  10018-1405

> /s/ Robert D. Lipman
> Robert D. Lipman (RL 3564)
> Lisa R. Lipman (LL 6284)
> David A. Robins (DR 5558)
> Lipman & Plesur, LLP
> The Jericho Atrium
> 500 North Broadway, Suite 105
> Jericho, NY  11753
> lipman@lipmanplesur.com
> lisa.lipman@lipmanplesur.com
> robins@lipmanplesur.com
> 516-931-0050