```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
FAY PANG, et al,                        :     07 Civ. 08557 (RJH)
:
        Plaintiffs,              :
:
    -against-                    :     **ORDER**
:
PITNEY BOWES, Inc.,                     :
:
:
        Defendant.               :
:
------------------------------------------------------------x

       The pretrial conference presently scheduled for August 01, 2008 is adjourned to September 05, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

                                        _____
                                        Richard J. Holwell
                                        United States District Judge